E-FILED
Tuesday, 28 July, 2026 01:37:53 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| JENNIFER RANDOLPH and MAGGIE MCMAHON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IOWA HEALTH SYSTEM d/b/a UNITYPOINT HEALTH,<br><br>Defendant. | Case No. 4:26-cv-04110-SLD-RLH |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE**

Defendant Iowa Health System d/b/a UnityPoint Health ("IHS" or "Defendant") respectfully moves this Court to dismiss Plaintiffs Randolph and McMahon's Complaint pursuant to the first-to-file doctrine. In the alternative, Defendant moves this Court to transfer venue to the Southern District of Iowa under the first-to-file doctrine and/or 28 U.S.C. § 1404(a). In support of this Motion, Defendant submits the accompanying Memorandum of Law.

Wherefore, for the reasons set forth in its Memorandum of Law, Defendant respectfully request that this Court enter an order dismissing Plaintiffs Randolph and McMahon's Complaint or, alternatively, transferring the case to the Southern District of Iowa.

Dated: July 28, 2026

Respectfully submitted,

IOWA HEALTH SYSTEM d/b/a
UNITYPOINT HEALTH

By: */s/ Hannah Sosenko*

Noah A. Finkel
Hannah Sosenko
nfinkel@seyfarth.com
hsosenko@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2026, she electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Hannah Sosenko*